IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| A SQUARE FAMILY TRUST,<br>§ § § § § § § § §  Plaintiff, | |
| - vs - | CASE NO. 3:21-CV-00751 |
| STATE FARM LLOYDS,<br>Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff A SQUARE FAMILY TRUST and Defendant STATE FARM LLOYDS (collectively, the "Parties") and file this Joint Stipulation of Dismissal with Prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) and would respectfully show the Court as follows:

1. The Parties have fully compromised and settled all claims pending in the above-styled and numbered cause.

2. Accordingly, the Parties pray that the Court enter an Order of Dismissal, dismissing all claims with prejudice.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By:  /s/ Michael Klein
Michael Klein
State Bar No. 11563200
mklein@dykema.com
Travis E. Plummer
State Bar No. 24079146
tplummer@dykema.com
One Congress Plaza
111 Congress Avenue, Suite 1800
Austin, Texas 78701

(512) 703-6300
(512) 703-6399 (Fax)
Alexandria Twiss
State Bar No. 24082511
atwiss@dykema.com
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400
(214) 462-6401 (Fax)

***ATTORNEYS FOR DEFENDANT, STATE FARM LLOYDS***

And

By: */s/ Patrick C. McGinnis (w/permission)*
  Patrick C. McGinnis
  Chad T. Wilson
  CHAD T. WILSON LAW FIRM PLLC
  455 E. Medical Center Blvd., Suite 555
  Webster, Texas 77598
  eservice@cwilsonlaw.com
  cwilson@cwilsonlaw.com
  pmcginnis@cwilsonlaw.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I certify that on the 11th day of July, 2022, a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE to counsel of record:

Chad T. Wilson
Patrcik C. McGinnis
Chad T. Wilson Law Firm PLLC
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
eservice@cwilsonlaw.com
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

***Attorneys for Plaintiff***

                                              /s/Michael Klein
                                              MICHAEL KLEIN